**State Marshal Thomas Foldy**
**P.O. BOX 6004**
**BRIDGEPORT, CT 06606**
**203-372-5184**
**Fax: 203-372-3386**

Weinstein, Weiner, Ignal, Napolitano & Shapiro
350 Fairfield Avenue
Bridgeport, CT 06604

| DATE OF SERVICE | SERVICE DESCRIPTION | AMOUNT DUE |
|---|---|---|
| 6/11/2014 | Summons in a Civil Case | |
| | Robert Robitaille | |
| | Vs. | |
| | World Law Group, et al | |
| Swift Rock Financial Inc. | | $79.25 |
| **Total** | | **$79.25** |

ref::    27917

State of Connecticut

County of Fairfield

SS: Bridgeport          6/11/2014

Then and there, by virture hereof, I made service of the within and foregoing original Summons in a Civil Case upon the within named defendants.

Sent Certified USPS Mail 7014 0150 0001 2479 5369

> Swift Rock Financial Inc.
> 1507 Osprey Ridge Loop
> Lago Vista, TX  78645

By leaving a true and attested copy of the original Summons in a Civil Case with my doings thereon endorsed.

One such copy of each of the within named defendants the within and foregoing is the original Summons in a Civil Case with my doings thereon endorsed.

| Fees: | | Attested |
|---|---|---|
| **Service** | $30.00 | |
| **Copies** | $40.00 | |
| **Endorsed** | $0.80 | |
| **Travel** | $6.00 | |
| **Postage** | $2.45 | |
| **Total Fees** | $79.25 | Thomas Foldy<br>State Marshal |



Case: 27917 , Return 1

Thomas Foldy, State Marshal
P.O. Box 6004
Bridgeport, CT 06606
Phone (203) 372-5184
Fax (203) 372-3386
E-Mail: tomfoldy@snet.net

State of Connecticut}
                            SS: Bridgeport                June 10, 2014
County of Fairfield}

On May 12, 2014 I deposited in a U.S. Post Office, a letter (Certified #7013 0600 0000 2973 2163) directed to:

Swift Rock Financial, Inc.
8127 Mesa Drive, Suite B206
Austin, TX 78759-8632

The returned Receipt (hereto attached) was received back by me.

Attest:

Weinstein, Weiner, Ignal,
Napolitano & Shapiro
350 Fairfield Avenue
Bridgeport, CT 06604

Thomas Foldy
State Marshal

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Swift Rock Financial, Inc
8127 Mesa Drive Suite B206
Austin, Texas 78759-8632

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name): GOLGUIN
C. Date of Delivery: 5/17/14

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number (Transfer from service label): 7013 0600 0000 2973 2163

Form 3811, February 2004   Domestic Return Receipt